**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BARRY PAXTON                                                                                    PLAINTIFF
ADC #660117

v.                                        5:17CV00293-JLH-JJV

IRIS McBRIDE, Corporal,
Barbara Ester Unit; *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff is allowed to proceed on his retaliatory discipline claims against Defendants Iris McBride, Cory Evans, Michelle Gray, and S. Malone.

2.    Plaintiff's claims alleging denial of access to the courts are DISMISSED from this action without prejudice.

3.    Defendants Wendy Kelley and Michelle Williams are DISMISSED from this action without prejudice.

4.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 17th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE