# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BARRY PAXTON                                                                                   PLAINTIFF
ADC #660117

v.                                      5:17CV00293-JLH-JJV

IRIS McBRIDE, Corporal,
Barbara Ester Unit; *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Plaintiff's Motion for Temporary Restraining Order (Doc. No. 31) is DENIED.

DATED this 30th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1